```
                      UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MISSOURI
                            EASTERN DIVISION

WARREN M. DAVIS,                  )
                                  )
            Plaintiff,            )
                                  )
       v.                         )        No. 4:06 CV 135 DDN
                                  )
PARADIES CONCESSIONS II ARCH,     )
INC.,                             )
                                  )
            Defendant.            )
```

## ORDER

**IT IS HEREBY ORDERED** that a status hearing is scheduled for Friday, August 25, 2006, at 2:00 p.m. Plaintiff Warren Davis as well as counsel for all parties shall attend in person.

/s/ David D. Noce

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on August 21, 2006.